# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 20, 2019

## NO. 03-19-00644-CV

**Frederick-Omoyuma Silver, Appellant**

**v.**

**State of Texas, City of San Antonio, and the City of San Antonio Municipal Court, Appellees**

## APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE GOODWIN, BAKER, AND KELLY
## DISMISSED FOR WANT OF JURISDICTION -- OPINION BY GOODWIN

This is an appeal from the order signed by the trial court on September 17, 2019. Having reviewed the record, the Court finds that the appeal should be dismissed. Therefore, the Court dismisses the appeal for want of jurisdiction. No costs of appeal shall be assessed in this Court or in the court below.